Gregory Marshall (019886)
Becca J. Wahlquist (admitted *pro hac vice*)
Rachael Peters Pugel (032626)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
E-Mail: gmarshall@swlaw.com
          bwahlquist@swlaw.com
          rpugel@swlaw.com

*Attorneys for RE/MAX LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel DeClements and Sam Tuli individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br>RE/MAX, LLC a Delaware Limited Liability Company,<br><br>　　　　Defendant. | No. 2:19-cv-05476-NVW<br><br>**JOINT MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |

Pursuant to 28 U.S.C. § 1404(a), Plaintiffs Daniel DeClements ("DeClements") and Sam Tuli ("Tuli") (collectively, "Plaintiffs") and Defendant RE/MAX LLC ("RMLLC") jointly move the Court to transfer this case to the United States District Court for the District of Colorado. In support of this Joint Motion, the parties state as follows:

1.　On October 23, 2019, Plaintiffs filed this nation-wide putative class action against RMLLC, alleging claims arising out of the Telephone Consumer Protection Act ("TCPA"). [ECF No. 1.]

2.　On December 20, 2019, RMLLC filed a motion to dismiss pursuant to Rule 12(b)(2), Fed. R. Civ. P., for lack of personal jurisdiction. [ECF No. 11.]

3.　In the motion to dismiss, RMLLC argued that it is not subject to personal jurisdiction in the District of Arizona because (1) it is a Delaware corporation with its principal place of business in Denver, Colorado; and (2) the conduct alleged in the

1 Complaint does not demonstrate a substantial connection between RMLLC and Arizona sufficient to create specific jurisdiction. [*Id.*]

2. 4. On June 10, 2020, this Court ordered Plaintiffs to amend the Complaint by June 24, 2020, and denied RMLLC's motion without prejudice to renew it within 21 days after being served with Plaintiffs' amended complaint. [ECF No. 16.]

5. On June 24, 2020, Plaintiffs filed the Amended Complaint. [ECF No. 17.]

6. On July 13, 2020, counsel for RMLLC conferred with Plaintiffs regarding its intention to file a motion to dismiss for lack of personal jurisdiction, in addition to a motion to dismiss under Rule 12(b)(6), Fed. R. Civ. P. At that time, counsel for the parties agreed that this case should be transferred to the District of Colorado.

7. Venue in this matter is proper in the District of Colorado because RMLLC resides in the District of Colorado within the meaning of 28 U.S.C. § 1391(b)(1), and is subject to personal jurisdiction there.

8. 28 U.S.C. § 1404(a) provides that "in the interests of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented."

9. In the interests of conserving resources, the parties agree, by and through their respective counsel, that this matter be transferred to the District of Colorado.

10. Accordingly, this case should be transferred to the District of Colorado in accordance with 28 U.S.C. § 1404(a) for the convenience of the parties and in the interest of justice.

11. The parties further jointly move that RMLLC have 14 days after this case is assigned to a judge in the District of Colorado upon transfer to respond to Plaintiffs' Amended Complaint.

12. This Joint Motion is made without prejudice to, or waiver of, any rights or defenses otherwise available to Plaintiffs or RMLLC in this action.

WHEREFORE, the parties jointly move for an order pursuant to 28 U.S.C. § 1404(a) transferring this action to the District of Colorado. Pursuant to LRCiv 7.1(b), a proposed order is being submitted herewith.

DATED this 14th day of July 2020.

                                Respectfully submitted,

                                SNELL & WILMER L.L.P.

By: *s/Gregory J. Marshall*
Gregory J. Marshall
Becca J. Wahlquist (*pro hac vice*)
Rachael Peters Pugel
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
*Attorneys for RE/MAX, LLC*

    KAUFMAN P.A.

By: *s/Avi R. Kaufman with permission*
Avi R. Kaufman (*pro hac vice*)
400 NW 26th Street
Miami, FL 33127
Telephone: 305.469.5881

Nathan Brown
BROWN PATENT LAW
15100 N. 78th Way, Suite 203
Scottsdale, AZ 85260
Telephone: 602.529.3474

Stefan Coleman (*pro hac vice*)
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, Fl 33131
Telephone: 877.333.9427
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of July, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*s/Eileen Henry*
4835-0186-3618