# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel DeClements and Sam Tuli, individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>RE/MAX LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | No. CV-19-05476-PHX-NVW<br><br>**ORDER** |

Pursuant to the parties' Joint Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), (Doc. 18) and for good cause appearing:

IT IS ORDERED granting the parties' Joint Motion (Doc. 18).

IT IS FURTHER ORDERED that this case shall be transferred to the United States District Court for the District of Colorado.

IT IS FURTHER ORDERED that RE/MAX LLC shall have 14 days after this case is assigned to a judge in the District of Colorado upon transfer to respond to Plaintiffs' Amended Complaint.

Dated this 15th day of July, 2020.

*/s/ Neil V. Wake*
Neil V. Wake
Senior United States District Judge